Pablo Calcerrada, demandante y apelante, v. American
Railroad Company, demandada y apelada.

No. 3766.—*Visto:* Enero 13, 1926. *Resuelto:* Julio 22, 1926.

Juicio—Juicio por el Tribunal de Derecho—Vista y Resolución de la Causa
—De la Prueba y su Suficiencia—Solicitud de Sobreseimiento por Falta
de Prueba *(Non Suit)*—Cuestiones a Considerar y Resolver en la Soli-
citud.—En una petición de sobreseimiento por falta de prueba *(non suit)*
no puede decidirse conflicto alguno que pueda haber en la prueba del deman-
dante *(González v. González, 30–825, seguido).*

Sentencia de *Enrique Lloreda,* J. (Arecibo), desestimando la de-
manda a virtud de moción de *nonsuit,* con costas. *Revocada*
para ulteriores procedimientos.

*E. Martínez Avilés,* abogado del apelante; *Mariano Acosta Velarde,*
abogado de la apelada.

El Juez Asociado Señor Aldrey, emitió la opinión del tri-
bunal.

Después de presentar el demandante su evidencia en el
juicio, la corte, a instancia del demandado, declaró que no
era suficiente para dictar sentencia condenatoria, *(non suit)*
y declaró sin lugar la demanda, siendo uno de los errores ale-
gados por el demandante para sostener su apelación en este
caso el de haber sido estimada insuficiente su prueba.

En este juicio se reclama indemnización de perjuicios por-
que estando un autocamión *(truck)* del demandante descar-
gando su mercancía en la estación que la compañía de ferro-
carriles demandada tiene en el pueblo de Arecibo, y estando
sobre los rieles de una de sus vías férreas llegaron de im-
proviso unos vagones de la demandada sin gobierno y des-
prendidos de una locomotora, por descuido o negligencia de
sus empleados, y chocaron contra el autocamión causándole
los perjuicios que se reclaman.

No hubo divergencia entre los testigos de la demandante
respecto a que el hecho ocurrió en la forma expresada, pero
discreparon en cuanto a si el autocamión estaba sobre la vía
con el consentimiento de los empleados de la demandada, pues
mientras el *chauffeur* del demandante declaró que era cos-

tumbre poner allí los camiones, que nadie puso obstáculo a esto y que los empleados de la demandada autorizaban el ponerlos allí, otro testigo del demandante, el jefe de la estación, Rafael Torres, dijo que no autorizó que pusieran el vehículo en aquel sitio, que eso estaba prohibido y que aunque algunos quieren hacer allí la descarga se les llama la atención respecto a que aquél no es sitio de descarga.

La sentencia de sobreseimiento por falta de prueba (*non suit*) ha de descansar en la carencia de prueba del demandante para sostener su demanda, pero en ella no se aquilata la prueba. *González* v. *González*, 30 D.P.R. 825. En el caso presente hay alguna prueba de que la demandada permitía que los vehículos que llevan carga a su estación se sitúen en las vías férreas y aunque esto ha sido contradicho por otro testigo del demandante no puede decidirse en una petición de sobreseimiento por falta de prueba (*non suit*) el conflicto de tal evidencia, por lo que existe el error alegado y la *sentencia apelada debe ser revocada para ulteriores procedimientos.*